DEY LP, nka Mylan Specialty, L.P., Dey Inc., Plaintiffs–Appellees,

v.

TEVA PARENTERAL MEDICINES, INC., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Defendants–Appellants.

No. 2014–1434.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

Evan Chesler, Cravath Swaine & Moore LLP, New York, NY, argued for plaintiffs-appellees. Also represented by David Greenwald, David R. Marriott, Roger Brooks.

Bruce M. Gagala, Leydig, Voit & Mayer, Ltd., Chicago, IL, argued for defendants-appellants. Also represented by David Ryan Van Buskirk, Jeffrey B. Burgan, Elizabeth Crompton, Washington, DC.

NEWMAN, PLAGER, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

In re: Christopher HARDY, R. Neal Post, Appellants.

No. 2014–1577.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

Perry J. Saidman, Saidman DesignLaw Group, Silver Spring, MD, argued for appellants.

Brian Thomas Racilla, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Nathan K. Kelley, William Lamarca, Thomas W. Krause.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**